BROWN v. WEAVER-ROGERS ASSOC.

No. 487P98

Case below: 131 N.C.App. 120

Petition by defendants (Paul Pickering and Allison Pickering) for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

CALHOUN v. WAYNE DENNIS HEATING & AIR COND.

No. 341PA98

Case below: 129 N.C.App. 794

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 4 February 1999. Petition by defendants for discretionary review pursuant to G.S. 7A-31 dismissed ex mero motu 3 March 1999. Justice Martin recused.

COUNTY OF DURHAM v. N.C. DEP'T OF
ENV'T & NATURAL RESOURCES

No. 548P98

Case below: 131 N.C.App. 395

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.

D. G. MATTHEWS & SON v. STATE ex rel. McDEVITT

No. 560P98

Case below: 131 N.C.App. 520

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.